IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHETMANY RATSAMY | : | CIVIL ACTION |
| | : | No. 12-3400 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

# ORDER

AND NOW, this 19th day of August, 2013, upon consideration of plaintiff Phetmany Ratsamy's brief and statement of issues in support of request for review (Dkt. No. 6), defendant's response (Dkt. No. 7), plaintiff's reply (Dkt. No. 9), the Report and Recommendation of Magistrate Judge Elizabeth T. Hey (Dkt. No. 10), plaintiff's objections to the Report and Recommendation (Dkt. No. 11), defendant's response to plaintiff's objections (Dkt. No. 12) and the administrative record (Dkt. No. 5) and for the reasons set forth in the accompanying memorandum it is ORDERED that:

1. The Report and Recommendation is APPROVED as modified by the accompanying memorandum and ADOPTED;

2. Plaintiff's objections to the Report and Recommendation are OVERRULED;

3. The decision of the Commissioner of Social Security is AFFIRMED and JUDGMENT is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Phetmany Ratsamy; and

4. The Clerk of Court shall mark this case CLOSED.

          *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.